IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,

                                                                                                                                         Plaintiff

vs.                                    CIVIL ACTION NO. 3:08CV637TSL-JCS

BERNARD G. BOKA, M.D.                                                              Defendant

## **DISMISSAL ORDER**

This cause came on for consideration on a Motion of the United States Attorney to dismiss the current civil action. (docket # 3) The parties have entered into a compromise settlement and have agreed to dismiss the current civil action.

The Court having considered the motion is of the opinion and so finds as follows:

The complaint filed in this case is dismissed with prejudice and the Clerk is hereby directed to close the case.

ORDERED AND ADJUDGED this  31st  day of  March , 2009.


                                               /s/Tom S. Lee
                                               HONORABLE TOM S. LEE
                                               UNITED STATES DISTRICT JUDGE